UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA NAACP, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>    *Defendants*. | No. 1:16-cv-1274 |

**[AMENDED] APPLICATION FOR TEMPORARY RESTRAINING ORDER**

# [AMENDED] APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to FRCP 65, Plaintiffs North Carolina State Conference of the NAACP ("North Carolina NAACP") and Moore County Branch of the NAACP ("Moore County NAACP") (collectively "organizational Plaintiffs"), as well as Plaintiffs James Michael Brower, Grace Bell Hardison, James L. Cox, and James Edward Arthur, Sr., apply *ex parte* for a Temporary Restraining Order ("TRO") enjoining the North Carolina and County Boards of Elections from cancelling the voter registrations of thousands of North Carolina voters who have been targeted in coordinated, *en masse* challenge proceedings brought in the final weeks and months before Election Day, and whose right to vote has been challenged solely on the basis of a single piece of undeliverable mail, in clear violation of the National Voter Registration Act ("NVRA") and other federal laws.

On October 29, 2016, Plaintiffs notified the General Counsel for the North Carolina State Board of Elections and a Senior State Deputy Attorney General of this impending lawsuit and TRO application, and that Plaintiffs would be requesting a November 1 TRO hearing. On October 30, 2016, Plaintiffs sent e-mail notice to contact information Plaintiffs could locate for the Defendant County Boards of Elections Directors and counsel with the same information. Plaintiffs have not received any responses from the county BOEs, and the SBOE attorneys have responded but not stated a position regarding the proposed TRO or on the request for a November 1 TRO hearing. Plaintiffs are now in the process of confirming contact information for Defendant County

Boards and counsel, and are sending the papers filed this morning to all Defendants. Plaintiffs request a Tuesday, November 1, 2016 hearing for argument on this TRO application so that voters' rights may be restored before the November 8 election.

This *ex parte* application is based on this application, the attached Memorandum of Points and Authorities, the Declarations of Rev. Dr. William J. Barber II, O'Linda D. Watkins, James Edward Arthur Sr., Lauren Bonds, James Michael Brower, Hannah Cole, James L. Cox, Grace Bell Hardison, Luke Taylor and Veronica Ward, and the exhibits thereto, the Motion for Leave to Exceed Page Limits, the proposed order lodged here, the pleadings and papers on file with the Court, and any further briefing and arguments of counsel.

Dated: October 31, 2016

        Respectfully submitted,

        <u>/s/ Stacey M. Leyton</u>
        Stacey M. Leyton (CA SBN 203827)
        Peder J. Thoreen (CA SBN 217081)
        Eric P. Brown (CA SBN 284245)
        Connie K. Chan (CA SBN 284230)
        ALTSHULER BERZON LLP
        177 Post Street, Suite 300
        San Francisco, CA 94108
        Telephone: (415) 421-7151
        Facsimile: (415) 362-8064
        E-mail:   sleyton@altber.com
                      pthoreen@altber.com
                      ebrown@altber.com
                      cchan@altber.com

/*s/* Penda D. Hair
Penda D. Hair (DC SBN 335133)
Leah J. Kang (DC SBN 1017035)
Caitlin A. Swain (VA SBN 84515)
FORWARD JUSTICE
1401 New York Avenue, NW, Suite 1225
Washington, DC 20005
Telephone: (202) 256-1976
Email: phair@forwardjustice.org
      lkang@forwardjustice.org
      cswain@forwardjustice.org

/*s/* Irving Joyner
Irving Joyner (NC SBN 7830)
P.O. Box 374
Cary, NC 27512
Telephone: (919) 319-8353
Fax: (919) 530-6339
Email: ijoyner@nccu.edu

/*s/* Mary Joyce Carlson
Mary Joyce Carlson (DC SBN 987939)
1101 New York Avenue NW
Washington DC 20008
Telephone: (202) 230-4096
Fax: (202) 408-4649
Email: Carlsonmjj@yahoo.com