IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:16-cv-1274-LCB-JLW

| | |
|---|---|
| N.C. STATE CONFERENCE OF THE NAACP, *et al.,* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| N.C. STATE BD. OF ELECTIONS, *et al.*, | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS THE BEAUFORT COUNTY DEFENDANTS

**NOW COME** the Defendants Beaufort County Board of Elections, Jay McRoy, in his official capacity as Chairman of the Beaufort County Board of Elections, John B. Tate, III, in his official capacity as Secretary of the Beaufort County Board of Elections, Thomas S. Payne II, in his official capacity as Member of the Beaufort County Board of Elections, and Kellie Harris Hopkins, in her official capacity as Director of the Beaufort County Board of Elections (collectively "the Beaufort County Defendants"), and move to dismiss these Defendants on the grounds that all injunctive relief requested against the Beaufort County Defendants has already been granted by this Court, and the allegedly wrongful activities by these Defendants cannot reasonably be expected to recur. Further, the Beaufort County Defendants have no control over the declaratory relief sought by the Plaintiffs. Therefore, the Plaintiffs' claims as to the Beaufort County Defendants are moot and should be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, because this Court lacks subject matter jurisdiction over this lawsuit as to

1

these Defendants, as further shown in these Defendants' accompanying Brief along with Exhibits A and B, attached to this Motion.

**WHEREFORE**, the Beaufort County Defendants respectfully request that this Court dismiss Plaintiffs' claims against them pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 26th day of January, 2017.

By: /s/ Joshua H. Bennett
Joshua H. Bennett
N.C. State Bar No. 32576
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, North Carolina 27103
Tel: (336) 765-3121
Fax: (336) 765-8622
jbennett@bennett-guthrie.com

By: /s/ Donald M. Wright
Donald M. Wright, Esq.
N.C. State Bar No. 7410
4804 Holly Brook Drive
Apex, NC 27539
Tel: (919) 618-3601
ncelectionattorney@gmail.com
*Special Appearance Counsel*
*Local Civil Rule 83.1(d)*

*Attorneys for Beaufort County Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Joshua H. Bennett
Joshua H. Bennett
N.C. State Bar No. 32576
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, North Carolina 27103
Tel: (336) 765-3121
Fax: (336) 765-8622
jbennett@bennett-guthrie.com