From: Strach, Kim [mailto:kim.strach@ncsbe.gov]
Sent: Friday, November 04, 2016 7:56 PM
To: SBOE_Grp - Directors.BOE; SBOE_Grp - SEIMS.ADD.BOE
Subject: URGENT: Numbered Memo 2016-23 Court-Ordered Residency Challenge Procedures

Dear Directors,

Please read the attached at your earliest convenience. And, congratulations on record breaking turnout!

Best wishes tomorrow,

Kim


**Kimberly Westbrook Strach**

*Executive Director*

North Carolina State Board of Elections

919-715-2334



# NORTH CAROLINA
## State Board *of* Elections

*Mailing Address*:
P.O. Box 27255
Raleigh, NC 27611-7255

Phone: (919) 733-7173

KIM WESTBROOK STRACH
*Executive Director*

## NUMBERED MEMO 2016-23

| | |
|---|---|
| **TO:** | **Beaufort, Cumberland,** and **Moore County Boards of Elections** |
| **CC:** | County Boards of Elections |
| **FROM:** | Kim Westbrook Strach, Executive Director |
| **RE:** | URGENT: Court-ordered Residency Challenge Procedures |
| **DATE:** | November 4, 2016 |

A federal court this evening issued a temporary order requiring that certain challenged voters in Beaufort, Cumberland, and Moore Counties be restored to the rolls, and further requiring changes that affect all counties. While this agency continues to review the order, as the chief elections official for the State of North Carolina and pursuant to the court's order, I am issuing the below directive:

### Beaufort, Cumberland, and Moore County Boards of Elections:

1. Restore to their previous status all voters removed on or after August 10 based on a residency challenge. The State Board is working with each affected county to ensure this process is carried out prior to Election Day.
2. These previously removed voters:
   - Must be able to vote a regular ballot on Election Day.
   - Cannot be challenged on Election Day for any reason.
   - Must have their provisional or absentee ballots counted if already submitted.
3. Immediately respond to absentee ballot requests previously submitted by these voters and take all appropriate steps to ensure their ballots are immediately issued by overnight delivery via U.S. Mail or commercial carrier service. You must notify my office (copying legal.team@ncbse.gov) prior to canvass if you receive any such absentee ballot after the statutory deadline.
4. No future residency challenges may be heard under G.S. §§ 163-85 and 163-86 prior to Election Day

### All Other County Boards of Elections:

No future residency challenges may be heard under G.S. §§ 163-85 and 163-86 prior to Election Day. This does not include Election Day challenges (G.S. §§ 163-87 and 163-88) or challenges entered against absentee voters (G.S. § 163-89).