IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:16-cv-1274-LCB-JLW

N.C. STATE CONFERENCE OF THE )
NAACP, *et al.*, )
)
    Plaintiffs, )
)
v. )
)
N.C. STATE BD. OF ELECTIONS, *et al.*, )
)
    Defendants. )
)

## AFFIDAVIT OF KELLIE H. HOPKINS

This affiant, first being duly sworn deposes and says:

1. My name is Kellie H. Hopkins. I am over the age of eighteen (18) years, of sound mind, and am competent to give this Affidavit.

2. I am employed by Beaufort County Board of Elections as its Director. I have been Director since 1998.

3. Based upon my long experience as Director and resultant knowledge of election laws of this state, I am aware that N.C.G.S. § 163-22 mandates that the State Board of Elections has "general supervision over the primaries and elections in the State, and it shall have authority to make such reasonable rules and regulations with respect to the conduct of primaries and elections" and further requires the State Board to "compel observance of the requirements of the election laws by county boards of elections."

4. I state to this Honorable Court that the Beaufort County Board of Elections will continue to comply with any order of this Court and the resultant direction and directives of the

1

State Board of Elections as to how to administer election laws in the operation of any election in Beaufort County.

Further the affiant sayeth naught.

This the 18th day of January 2017.

*Kellie Harris Hopkins*
KELLIE H. HOPKINS
AFFIANT

Sworn to and subscribed before me

this the 18 day of January, 2017.

*Edward A. Sheppard*
Notary Public

My Commission Expires: Sept 23, 2018

[Notary Seal: Edward S Sheppard, Notary Public, Beaufort County, N.C.]

2