IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| N.C. STATE CONFERENCE OF THE NAACP, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | 1:16CV1274 |
| N.C. STATE BD. OF ELECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 83) submitted by the parties and approves it without modification.

_____
Joe L. Webster
United States Magistrate Judge

Date: 12/27/17