IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:16-cv-1274-LCB-JLW

| | |
|---|---|
| N.C. STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| N.C. STATE BD. OF ELECTIONS, *et al.*, | ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO EXTEND TIME

On December 18, 2017, the Parties filed a Joint Status Report informing the Court that Plaintiffs intend to move for early partial summary judgment on their NVRA claims (Counts I and II) based on stipulated facts. The Joint Status Report also explained that, if the Parties were able to reach agreement on stipulated facts, the Parties proposed a stay of discovery on Plaintiffs' remaining claims pending disposition of their early motion for partial summary judgment, provided the Court grants Plaintiffs leave to pursue discovery and to seek summary judgment on all claims in the event Plaintiffs do not prevail on their motion or on appeal.

The Parties agreed in the Joint Status Report to submit a supplemental report to the Court by January 5, 2018, informing the Court whether the Parties had reached agreement on stipulated facts.

1

The Parties wish to inform the Court that Plaintiffs and each of the Defendant groups[1] are very close to reaching agreement on the stipulated facts, but because of the inclement winter weather and unforeseen office closures have not yet been able to finalize their agreements.

Thus, the Parties submit this joint request for an extension of time until January 12, 2018, to permit the Parties to come to agreement on stipulated facts. If Plaintiffs and all Defendant groups are able to reach agreement on stipulated facts by January 12, 2018, then Plaintiffs are prepared to move for partial summary judgment on their NVRA claims by no later than February 2, 2018. The Parties agree to submit a Supplemental Joint Report to the Court by no later than January 12, 2018, informing the Court whether the Parties have reached agreement on stipulated facts.

The Parties incorporate and agree to the remaining terms laid out in the December 18, 2017 Joint Status Report, including that if any Parties are unable to reach agreement on stipulated facts by January 12, 2018, then those Parties will proceed with a period of limited expedited discovery solely as to the two NVRA claims, and solely between those Parties, and any relevant third parties, who cannot reach agreement on stipulated facts.

During any limited expedited discovery period, the Parties agree that the deadlines for responding to all discovery requests will be shortened to 7 days. To accommodate the extension of time for reaching agreement on stipulated facts, the limited expedited discovery will be completed by February 12, 2018, after which Plaintiffs will be prepared

---

[1] The four Defendant groups are (1) the North Carolina Board of Elections, its members and directors, (2) the Beaufort County Board of Elections, its members and directors, (3) the Cumberland County Board of Elections, its members and directors, and (4) the Moore County Board of Elections, its members and directors.

to file their partial summary judgment motion no later than March 5, 2018. The Parties do not anticipate the need for any expert discovery during the limited discovery period. The Parties agree that discovery concerning all non-NVRA claims will be stayed, unless and until Plaintiffs' motion for partial summary judgment on the NVRA claims is denied in whole or in part, at which time the stay of discovery shall be lifted and discovery shall proceed as set forth in the December 18, 2017 Joint Status Report.

Respectfully submitted, this 5th day of January 2018,

*Counsel for Plaintiffs:*

By: /s/ Stacey M. Leyton
Stacey M. Leyton (CA SBN 203827)
Peder J. Thoreen (CA SBN 217081)
Eric P. Brown (CA SBN 284245)
Connie K. Chan (CA SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: sleyton@altber.com
 pthoreen@altber.com
 ebrown@altber.com
 cchan@altber.com

/s/ Penda D. Hair
Penda D. Hair (DC SBN 335133)
FORWARD JUSTICE
P.O. Box 42521
Washington D.C. 20015
Telephone: (202) 256-1976
Email: phair@forwardjustice.org

Caitlin Swain (VA SBN 84515)
Leah Kang (NC SBN 51735)
FORWARD JUSTICE
400 W. Main Street, Suite 203
Durham, NC 27701
Telephone: (919) 323-3889
Email: cswain@forwardjustice.org
 lkang@forwardjustice.org

/s/ Irving Joyner
Irving Joyner (NC SBN 7830)
P.O. Box 374
Cary, NC 27512
Telephone: (919) 560-6293
Fax: (919) 530-6339
Email: ijoyner@nccu.edu

/s/ Mary Joyce Carlson
Mary Joyce Carlson (DC SBN 987939)
1101 New York Avenue NW
Washington DC 20008
Telephone: (202) 230-4096
Fax: (202) 408-4649
Email: Carlsonmjj@yahoo.com

3

*Counsel for the State Defendants:*

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General
Special Litigation Section
N.C. State Bar No. 45869
Email: jbernier@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900


*Counsel for the Cumberland County Defendants:*

/s/ *Rickey L. Moorefield*
Rickey L. Moorefield
N.C. State Bar No. 8914
Cumberland County Attorney
P.O. Box 1829
Fayetteville, NC 28302
Telephone: (910) 678-7762
Fax: (910) 678-7758
Email: rmoorefield@co.cumberland.nc.us


*Counsel for the Moore County Defendants:*

| /s/ R. Ward Medlin | /s/ Misty Randall Leland |
| --- | --- |
| R. WARD MEDLIN | MISTY RANDALL LELAND |
| NC Bar # 13817 | NC Bar # 28320 |
| Moore County Attorney's Office | Moore County Attorney's Office |
| P.O. Box 905 | P.O. Box 905 |
| Carthage, NC 28327 | Carthage, NC 28327 |
| T: (910) 947-4014 | T: (910) 947-4012 |
| F: (910) 947-1049 | F: (910) 947-3612 |
| wmedlin@moorecountync.gov | mistyleland@moorecountync.gov |

*Counsel for the Beaufort County Defendants:*

By: /s/ Joshua H. Bennett
Joshua H. Bennett
N.C. State Bar No. 32576
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, North Carolina 27103
Tel: (336) 765-3121
Fax: (336) 765-8622
jbennett@bennett-guthrie.com
Raleigh, NC 27602-0629
Telephone: (919)716-6900

By: /s/ Donald M. Wright
Donald M. Wright, Esq.
N.C. State Bar No. 7410
4804 Holly Brook Drive
Apex, NC 27539
Tel: (919) 618-3601
ncelectionattorney@gmail.com
*Special Appearance Counsel*
*Local Civil Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I, Leah Kang, hereby certify that on January 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF.

/*s*/ Leah Kang
Leah Kang
FORWARD JUSTICE
400 W. Main Street, Suite 203
Durham, NC 27701
Telephone: (919) 323-3889
Email: lkang@forwardjustice.org

6