IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:16-cv-1274-LCB-JLW

N.C. STATE CONFERENCE OF THE )
NAACP, *et al.,* )
)
Plaintiffs, )
)
v. )
)
N.C. STATE BD. OF ELECTIONS, *et al.*, )
)
Defendants. )
_____ )

# THE MOORE COUNTY DEFENDANTS' NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(i), the Defendants Moore County Board of Elections, Susan T. Adams, in her official capacity as Chairman of the Moore County Board of Elections, Carolyn M. McDermott, in her official capacity as Secretary of the Moore County Board of Elections, William R. Parke, in his official capacity as Member of the Moore County Board of Elections, and Glenda M. Clendenin, in her Official capacity as Director of the Moore County Board of Elections (collectively "the Moore County Defendants"), submit this notice of subsequently decided authority related to the Brief of the Moore County Defendants' in Opposition to the Plaintiffs' Motion for Summary Judgment:

    Husted v. A. Philip Randolph Institute, No. 16-980, 2018 U.S. LEXIS 3504 (June 11, 2018).

Respectfully submitted, this the 18th day of June, 2018.

/s/ R. Ward Medlin
R. Ward Medlin
N.C. State Bar No. 28327
Moore County Attorney's Office
P.O. Box 905
Carthage, North Carolina 27103
Tel: (910) 947-4014
Fax: (910) 947-1049
wmedlin@moorecountync.gov
Attorney for Moore County Defendants


/s/ Misty Randall Leland
Misty Randall Leland
NC Bar No. 28320
Moore County Attorney's Office
P.O. Box 905
Carthage, North Carolina 28327
Tel: (910) 947-4012
Fax: (910) 947-3612
mistyleland@moorecountync.gov
*Attorney for Moore County Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that on June 18, 2018, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

 /s/ R. Ward Medlin
R. Ward Medlin
N.C. State Bar No. 28327
Moore County Attorney's Office
P.O. Box 905
Carthage, North Carolina 27103
Tel: (910) 947-4014
Fax: (910) 947-1049
wmedlin@moorecountync.gov
Attorney for Moore County Defendants