IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:16-cv-1274-LCB-JLW

| | |
|---|---|
| N.C. STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| N.C. STATE BD. OF ELECTIONS, *et al.*, | ) ) |
| Defendants. | ) ) |

### THE CUMBERLAND COUNTY DEFENDANTS' NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY

**NOW COME** Defendants, the Cumberland County Board of Elections and its members in their respective official capacities as it is currently constituted, and Terri Robertson, in her official capacity as its Director of Elections, (collectively "the Cumberland Defendants"), by and through undersigned counsel, pursuant to Local Rule 7.3(i), and submit this notice of subsequently decided authority related to the Cumberland County Defendants' Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Husted v. A. Philip Randolph Institute, No. 16-980, 2018 U.S. LEXIS 3504 (June 11, 2018).

1

Respectfully submitted, this the 19th day of June, 2018.

                                          s/ *Rickey L. Moorefield*
                                          Rickey L. Moorefield
                                          N.C. State Bar No. 8914
                                          Cumberland County Attorney
                                          P.O. Box 1829
                                          Fayetteville, NC 28302
                                          Telephone: (910) 678-7762
                                          Fax: (910) 678-7758
                                          Email: rmoorefield@co.cumberland.nc.us
                                          Attorney for Cumberland Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on June 19, 2018, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

                                    s/ *Rickey L. Moorefield*
                                    Rickey L. Moorefield
                                    N.C. State Bar No. 8914
                                    Cumberland County Attorney
                                    P.O. Box 1829
                                    Fayetteville, NC 28302
                                    Telephone: (910) 678-7762
                                    Fax: (910) 678-7758
                                    Email: rmoorefield@co.cumberland.nc.us
                                    Attorney for Cumberland Defendants