UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

## MASTER TRIAL CALENDAR

HONORABLE CATHERINE C. EAGLES, UNITED STATES DISTRICT JUDGE
HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE N. CARLTON TILLEY, JR., SENIOR UNITED STATES DISTRICT JUDGE

**JANUARY 6, 2020**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on **January 6, 2020**. **Counsel will be notified of a date certain for trial closer to the start of the term**. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than December 6, 2019. Motions in limine must be filed no later than December 13, 2019. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than December 20, 2019.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Judge Catherine C. Eagles** will take place in **Courtroom No. 3, 324 W. Market St., Greensboro, N.C.** Jury selection for **Judge Loretta C. Biggs** will take place in **Courtroom No. 1, 251 N. Main Street, Winston Salem, N.C.** Jury selection for **Judge N. Carlton Tilley, Jr.** will take place in **Courtroom No. 2, 324 W. Market St., Greensboro, N.C.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **different** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| | | |
|---|---|---|
| 1:16CV991 | JAMES HOWARD MCLEAN v. CAPTAIN SANDRA MILLER, et. al.<br>JURY.   PRISONER CIVIL RIGHTS. | (Eagles) |

         Plaintiff:     Chad A. Archer
                        Elliot A. Fus
         Defendant:   Bradley Owen Wood
                        Brian F. Castro
         ETT:          3 days

| | | |
|---|---|---|
| 1:16CV114 | VOLVO GROUP NORTH AMERICA v. FORJA DE MONTERREY S.A. DE C.V.<br>JURY.   DIVERSITY-BREACH OF CONTRACT. | (Tilley) |

         Plaintiff:     Matthew W. Caligur
                        Thomas A. Donaho
                        Cory L. Randolph
                        Philip J. Mohr
         Defendant:   Andrew Wayne Lax
                        Christina M. Seda-Acosta
                        Erik Haas
                        Gabriella Bersuder
                        Hyatt M. Howard
                        Jacob Newman
                        Jacob Siegel
                        Muhammad U. Faridi
         ETT:          7 days

| | | |
|---|---|---|
| 1:18CV170 | EEOC v. CENTURY CARE OF LAURINBURG, INC.<br>JURY.   JOB DISCRIMINATION (EMPLOYMENT). | (Eagles) |

         Plaintiff:     Stephanie H. Webster
                        Holly A. Stiles
                        Ylda M. Kopka
         Defendant:   Denise Smith Cline
                        Shannon R. Joseph
         ETT:          6-7 days

1:16CV1274    NORTH CAROLINA STATE CONFERENCE OF THE     (Biggs)
NAACP et. al. v. THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et. al.
NON-JURY.    VOTING RIGHTS ACT.

| | |
|---|---|
| Plaintiff: | Caitlyn Swain-McSurely |
| | Eric P. Brown |
| | Irving L. Joyner |
| | Mary Carlson |
| | Peder J. Thoreen |
| | Penda Denise Hair |
| | Stacey M. Leyton |
| Defendant: | Alexander McClure Peters |
| | Paul M. Cox |
| | Joshua Hamilton Bennett |
| | Donald M. Wright |
| | Misty R. Leland |
| | R. Ward Medlin |
| | Ricky L. Moorefield |
| | Robert A. Hasty, Jr. |
| ETT: | 8-10 days |


1:18CV754    DENC, LLC v. PHILADEPHIA INDEMNITY INSURANCE     (Eagles)
COMPANY, et. al.
JURY.    BREACH OF CONTRACT-INSURANCE.

| | |
|---|---|
| Plaintiff: | Gregg E. McDougal |
| | Henry D. Worrell |
| | Andrew D. Brown |
| | John E. Branch, III |
| Defendant: | David Leonard Brown |
| | David G. Harris, II |
| ETT: | 1 week |

| | | |
|---|---|---|
| 1:17CV71 | VIRGINIA ELECTRIC & POWER COMPANY v. MICHAEL J. PETERS, et. al.<br>JURY.   DIVERSITY-FRAUD. | (Biggs) |

              Plaintiff:     Charles M. Sims
                              Katie Weaver Hartzog
                              Frank Marshall Wall
                              Harry R. Yates, III
                              Joan C. McKenna
              Defendant:   Sam P. Burchett
                              Robert Benjamin Laws
                              Jeffrey Dean Patton
              ETT:             4 days

| | | |
|---|---|---|
| 1:18CV761 | INMAR BRAND SOLUTIONS, INC. v. INFINITY SALES GROUP, LLC<br>JURY.   NOTICE OF REMOVAL-BREACH OF CONTRACT. | (Eagles) |

              Plaintiff:     Jason Michael Wenker
                              Elizabeth L. Winters
                              Jonathan E. Harris
            Defendant:   Scott W. Atherton
                              Terence M. Mullen
                              Andrew L. Fitzgerald
            ETT:            5 days

| | | |
|---|---|---|
| 1:17CV463 | REBEKAH BURROUGHS, et. al. v. THE COUNTY OF ROCKINGHAM, et. al.<br>JURY.   CIVIL RIGHTS VIOLATION. | (Biggs) |

              Plaintiff:     John R. Edwards
                              Mark L. Bibbs
                              Catharine E. Edwards
            Defendant:   Harry Lee Davis, Jr.
                              Shannon Warf Wilson
                              Ann Cox Rowe
            ETT:            5-8 days

| | | |
|---|---|---|
| 1:17CV1116 | BRIAN ZIELNY v. COSTCO WHOLESALE CORP., et. al. | (Eagles) |
| | JURY.   AMERICANS WITH DISABILITIES ACT. | |
| | Plaintiff:     David W. McDonald | |
| | Defendant:  Pamela S. Duffy | |
| | Timothy M. Watson | |
| | Andrew M. Mckinley | |
| | Christian F. Meddin | |
| | Frederick T. Smith | |
| | John T. Murray | |
| | ETT:           4-5 days | |

| | | |
|---|---|---|
| 1:17CV622 | CREDRICK DALAUNTE WASHINGTON v. JAILOR ANDDERSON, et. al. | (Tilley) |
| | JURY.   PRISONER CIVIL RIGHTS. | |
| | Plaintiff:     William S. Trivette | |
| | Defendant:  Richard M. Koch | |
| | ETT:           2 days | |

| | | |
|---|---|---|
| 1:18CV723 | ALEX D. BIBBEY v. NATIONAL RADIOLOGY CONSULTANTS OF NORTH CAROLINA, LLC, et. al. | (Eagles) |
| | Plaintiff:     Craig L. Leis | |
| | Philip J. Gibbons, Jr. | |
| | Defendant:  Frederick M. Thurman, Jr. | |
| | ETT:           2 days | |

| | | |
|---|---|---|
| 1:18CV790 | CHERYL BLAKE v. WELLS FARGO BANK, N.A. | (Tilley) |
| | NON-JURY.   JOB DISCRIMINATION (RACE). | |
| | Plaintiff:     Pro se | |
| | Defendant:  Julie D. Loring | |
| | Frederick T. Smith | |
| | ETT:           2-3 days | |